```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                         WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                                NO. 4:08CR00314 SWW

(1)LORENA CERVANTES
(2)REVERIANO MADRIGAL
(3)JESUS MURILLO
(4)JOSE MARTIN RINCON
(5)LUIS ENRIQUE RINCON
(6)HERIBERTO CHAVEZ JIMENEZ

## AMENDED ORDER

Pending before the Court are the motions filed by separate defendants Jose Martin Rincon and Heriberto Chavez Jimenez requesting a continuance from the trial date of October 20, 2008. Counsel for the government nor the other defendants have indicated any objections.

The Court has fully considered the motions and finds that the interest of justice served by granting the continuance outweighs the best interest of the public and defendants for a speedy trial and the issues herein are such that to deny the motion would deny counsel for defendants the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in the defendants' behalf.

The Court further finds that no severance has been granted on behalf of co-defendants, Lorena Cervantes, Reveriano Madrigal and Jesus Murillo previously scheduled for trial October 27, 2008, and Luis Enrique Rinson previously scheduled October 14, 2008, since these defendants are jointly indicted on similar evidence from the same event, their trial should be continued to the same date as their co-defendants.

IT IS THEREFORE ORDERED that the motions for continuance by defendants Jose Martin Rincon [doc #50] and Heriberto Chavez Jimenez [doc #66] be, and they hereby are, **granted**. Counsel for the government and defendants have

advised the Court of an amicable date for resetting the trial.  Therefore, this matter is rescheduled for trial to a jury at **9:30 a.m. on Monday, JUNE 22, 2009.** Counsel are to be present thirty minutes prior to trial time.

The parties are directed to submit simultaneous proposed voir dire questions and jury instructions on or before **June 12, 2009.** If possible, the Court requests counsel to provide the instructions saved as a WordPerfect document or Rich Text Format file attached  to an e-mail addressed to swwchambers@ared.uscourts.gov. Please type the case name and number in the subject box.  Otherwise, the Court requests counsel to provide the instructions on a 3 ½" diskette, along with the written copy.

Defense counsel should confer with the government and with one another to determine any *Bruton* problems (see *Bruton v. United States*, 391 U.S. 123 (1968)) no later than **sixty days** prior to the trial date.

***If defense counsel anticipates bringing any electronic devices into the courthouse for any proceeding or the trial in this matter, please review General Order No. 54 filed March 24, 2008.***

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(A) & (h)(7).

Dated this 30th day of September, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE